UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Cause No. | 1:20-cr-00229-JMS-TAB |
| | ) | | |
| ISAIAH MCDANIEL, | ) | | - 01 |
| | ) | | |
| Defendant. | ) | | |

**REPORT AND RECOMMENDATION**

On May 12, 2025 and July 1, 2025, the Court held hearings on the Petition for Warrant or Summons for Offender Under Supervision filed on April 29, 2025 (the "Petition"), the Supplemental Petition for Warrant or Summons for Offender Under Supervision filed on June 11, 2025 (the "Supplemental Petition"), and the Second Supplemental Petition for Warrant or Summons for Offender Under Supervision filed on June 17, 2025 (the "Second Supplemental Petition"). Defendant McDaniel appeared in person with his appointed counsel Dominic Martin. The government appeared by AUSA Lindsay Karwoski and AUSA Barry Glickman. USPO appeared by Richard Martinez and Justin Ottino.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant McDaniel of his rights and ensured he had copies of the Petition, the Supplemental Petition, and the Second Supplemental Petition. Defendant McDaniel orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant McDaniel admitted Violation Nos. 1, 2, 3, 4, and 5 as set forth in the Petition and the Supplemental Petition. [Docket Nos. 51 & 60.] The Government orally moved to withdraw the remaining Violation No. 6 set forth in the Second Supplemental Petition, which motion was granted by the Court.

3. The allegations to which Defendant admitted, as fully set forth in the Petition and the Supplemental Petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."**<br><br>On April 16, 2025, Mr. McDaniel provided a urine specimen that tested positive for cannabinoids. As previously reported to the court, Mr. McDaniel tested positive for cannabinoids on September 10, October 30, December 16, 2024; and January 31, 2025. |
| 2 | **"You shall participate in a cognitive behavioral program, such as Moral Recognition Therapy (MRT), at the direction of the probation officer and abide by the rules of the program."**<br><br>Mr. McDaniel has failed to abide by the rules of MRT, as he has been absent from MRT group since May 14, 2025. |
| 3 | **"You shall report to the probation officer in a manner and frequency directed by the court or probation officer."**<br><br>Mr. McDaniel was instructed to report to the probation office on May 19, 2025, for an office appointment, which he failed to attend. Contact attempts have been exhausted and Mr. McDaniel has lost all communication with this probation officer. |
| 4 | **"You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or** |

> other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches."

Mr. McDaniel refused to allow probation officers to conduct a reasonable search on the phone he had on his person on May 12, 2025.

5   **"You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment."**

Since beginning supervision, Mr. McDaniel has not obtained lawful full-time employment. He reportedly began working at Taco Bell in Noblesville, Indiana, on April 25, 2025. During a phone call to Taco Bell on June 11, 2025, the General Manager advised that there was no record of Mr. McDaniel being employed with them. Additionally, Mr. McDaniel failed to provide documentation of employment with Taco Bell.

4. The Court finds that:

   (a)   The highest grade of Violation is a Grade C Violation.

   (b)   Defendant's criminal history category is III.

   (c)   The range of imprisonment applicable upon revocation of supervised release, therefore, is 5 to 11 months' imprisonment.

5. The parties jointly recommended a sentence of 11 months of incarceration, with no supervised release to follow. Defendant requested placement at FCI Terre Haute, Indiana.

The Magistrate Judge, having considered the factors set forth in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions set forth in the Petition and the Supplemental Petition, and recommends that Defendant's supervised release be revoked, and that Defendant be sentenced to the custody of the Attorney General or his designee for a period of 11 months of incarceration, with no supervised release to follow. The

Magistrate Judge further recommends Defendant's placement at FCI Terre Haute, Indiana, if deemed to be an appropriate facility.

The Defendant was taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: 2 JUL 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system