UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:20-cr-00229-JMS-TAB |
| | ) | |
| ISAIAH MCDANIEL (01), | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation dkt [72] recommending that Isaiah McDaniel's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Dinsmore's Report and Recommendation dkt [72]. The Court finds that Mr. McDaniel committed Violation Numbers 1, 2, 3, 4, and 5 as alleged by the U.S. Probation Office in its *Petitions for Warrant or Summons for Offender under Supervision* dkts. [51 & 60]. The Court dismissed Violation Number 6 at dkt [64]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. McDaniel is sentenced to the custody of the Attorney General or his designee for a period of eleven (11) months and with no supervised release to follow. The Court recommends placement at FCI Terre Haute, Indiana.

Date: 7/23/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system